No. 26-1552

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

Jul 2, 2026

KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| QCX, LLC, dba Polymarket US, | ) | |
| | ) | |
| Plaintiff - Appellant, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| DANA NESSEL, in her official capacity as | ) | |
| Attorney General of Michigan, et al., | ) | |
| | ) | |
| Defendants - Appellees. | ) | |

QCX, LLC dba Polymarket US appeals the denial of its motion for a preliminary injunction. Polymarket US moves to consolidate this matter with three appeals pending before the court, *KalshiEx LLC v. Schuler*, No. 26-3196, *KalshiEx LLC v. Orgel*, No. 26-5235, and *Robinhood Derivatives, LLC v. Nessel*, No. 26-1542. Polymarket US also moves to expedite briefing and oral argument such that this appeal may be argued in July with the *KalshiEx* appeals. The defendants respond in opposition.

Upon review, the omnibus motion is DENIED. This appeal will proceed in the normal course. The court is contemporaneously denying a motion seeking nearly identical relief in *Robinhood Derivatives, LLC v. Nessel*, No. 26-1542. The parties are advised that, upon the completion of principal briefing, this appeal will be submitted to the same panel for consideration on the same day as *Robinhood*.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk